FILED

08 APR -2 PM 3: 37

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIF

BY: ECL   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. '08 CR 1002 L |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| FRANKLIN ANTONIO FIGUEROA-MONTES, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Franklin Antonio Figueroa-Montes</u>, Criminal Case No. 08CR0516-L.

DATED: April 2, 2008.

KAREN P. HEWITT
United States Attorney

J. Moore

JEFFREY D. MOORE
Assistant U.S. Attorney