**HANNI M. FAKHOURY**
California Bar No. 252629
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Hanni_Fakhoury@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR1002-L |
| Plaintiff, | |
| v. | **NOTICE OF ATTORNEY APPEARANCE** |
| FRANKLIN ANTONIO FIGUEROA-MONTES, | |
| Defendant. | |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Hanni M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated: April 11, 2008          /s/ Hanni M. Fakhoury
                               HANNI M. FAKHOURY
                               Federal Defenders of San Diego, Inc.
                               e-mail: Hanni_Fakhoury@fd.org
                               Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**William A Hall, Jr**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619) 557-7046
Fax: (619) 235-2757
Email: William.A.Hall@usdoj.gov


DATED:  April 11, 2008            /s/ Hanni M. Fakhoury
                                  HANNI M. FAKHOURY
                                  e-mail: Hanni_Fakhoury@fd.org