KAREN P. HEWITT
United States Attorney
WILLIAM A. HALL, JR.
Assistant U.S. Attorney
California State Bar No. 253403
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7046/(619) 235-2757 (Fax)
Email: william.a.hall@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1002-L |
|---|---|---|
| Plaintiff, | ) ) ) | DATE: May 19, 2008<br>TIME: 2:00 p.m. |
| v. | ) ) | Before Honorable M. James Lorenz |
| FRANKLIN ANTONIO FIGUEROA-MONTES, | ) ) ) | UNITED STATES' RESPONSE TO DEFENDANT'S MOTIONS TO: |
| Defendant(s). | ) ) ) ) ) ) ) ) ) | (1) COMPEL DISCOVERY AND PRESERVE EVIDENCE; AND<br>(2) GRANT LEAVE TO FILE FURTHER MOTIONS<br><br>TOGETHER WITH STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant U.S. Attorney, and hereby files its Response to Defendant's Motions in the above-referenced case. Said response is based upon the files and records of this case together with the attached statement of facts and memorandum of points and authorities.

//

//

//

//

//

DATED: May 12, 2008.

                                      Respectfully submitted,

                                      KAREN P. HEWITT
United States Attorney

s/ William A. Hall, Jr.
WILLIAM A. HALL, JR.
Assistant United States Attorney