FILED
MAY 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR01002-L |
| Plaintiff, | ) | |
| v. | ) | ORDER REQUIRING DISCLOSURE OF DEFENDANT'S A-FILE |
| FRANKLIN ANTONIO FIGUEROA-MONTES, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, that the government disclose to the defendant, through his counsel, the defendant's immigration A-file and allow defense counsel the opportunity to inspect and photocopy the entire contents of the A-file.

**IT IS SO ORDERED.**

DATED: 5/19/08

_____
HONORABLE M. JAMES LORENZ
United States District Judge